# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ, | Case No. 3:24-cv-00079-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Stipulation and Order for Dismissal with Prejudice** |
| KARA LEGRAND, *et al.*, | |
| Defendants. | |

Plaintiff Carlos Ruiz, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 29 of October 2024.

By: /s/ Carlos Ruiz
Carlos Ruiz, #94960
*Plaintiff, pro se*

DATED this 17th of October, 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ODERED.**

_Anne R. Traum_
Anne R. Traum
United States District Judge

DATED: <u>December 17, 2024</u>